# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FE CORCHADO,

    Plaintiff,

v.

BAC HOME LOAN SERVICING, LP, *et al.*,

    Defendants.

Case No. 2:10-CV-01860-KJD-RJJ

**ORDER**

    Plaintiff's action was filed in Nevada state court on August 24, 2010. Defendant BAC Home Loan Servicing, LP ("BAC") was served with the summons and complaint on September 22, 2010. Defendant Fannie Mae was served on September 20, 2010. Defendants file their Petition for Removal (#1) on October 22, 2010. Defendants' answer was due October 29, 2010. See Fed. R. Civ. P. 81(c)(2)(C). However, Defendants have not filed an answer or otherwise responded to the complaint. No action of record has been taken by either party since they filed their Joint Status Report (#6) on November 29, 2010.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff and Defendants are ordered to file a joint status report no later than February 17, 2011.

    DATED this 4TH day of February 2011.

_____
Kent J. Dawson
United States District Judge