1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINA S. BHIRUD, ESQ.
   Nevada Bar No. 11462
3  AKERMAN SENTERFITT LLP
   400 South Fourth Street, Suite 450
4  Las Vegas, Nevada 89101
   Telephone:   (702) 634-5000
5  Facsimile:   (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christina.bhirud@akerman.com

7  *Attorneys for Defendants*
   *Bank of America, N.A., successor by merger*
8  *to BAC Home Loans Servicing, LP, and*
   *Federal National Mortgage Association*

9

                 **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF NEVADA**
11

12  FE CORCHADO, an individual,              Case No:  2:10-cv-001860-KJD-RJJ

13                          Plaintiff,

14  vs.                                       **ORDER CANCELING LIS PENDENS**

15  BAC HOME LOANS SERVICING, L.P., a
    subsidiary of BANK OF AMERICA N.A.,
16  FEDERAL NATIONAL MORTGAGE
    ASSOCIATION and DOES I through X
17  inclusive,
                            Defendants.
18

19        This Court issued an Order [Dkt. 16] granting Bank of America, N.A., successor by merger

20  to BAC Home Loans Servicing, LP (**BANA**), and Federal National Mortgage Association's (**Fannie**

21  **Mae** and, together with BANA, **Defendants**), Motion to Dismiss [Dkt. 8] (**Motion**) on September

22  29, 2011.

23        Defendants request that the lis pendens Plaintiff Fe Corchado (**Plaintiff**) recorded against the

24  subject property be canceled.

25        The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on September

26  14, 2010, as Instrument Number 201009140002179, in the real property records maintained by the

27  Clark County Recorder.  A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully

28  incorporated by reference.

{22420283;1}                              1

1    Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and

2    good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules

3    as follows:

4    1.    It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby

5    canceled, released and expunged.

6    2.    It is further ordered, adjudged and decreed that this Order canceling the above-

7    referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

8    3.    It is further ordered, adjudged and decreed that Defendants record a properly certified

9    copy of this Cancellation Order in the real property records of Clark County, Nevada within a

10   reasonable amount of time from the date of this Order's issue.

APPROVED:

UNITED STATES DISTRICT JUDGE

Dated: December 22, 2011

Submitted by:
**AKERMAN SENTERFITT LLP**

 /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP, and Federal*
*National Mortgage Association*

{22420283;1}                                    2

# EXHIBIT A

# EXHIBIT A

{20628576;1}

Inst #: **201009140002179**
**Fees: $15.00**
**N/C Fee: $0.00**
**09/14/2010 09:09:50 AM**
**Receipt #: 501004**
**Requestor:**
**MICHAEL J HARKER (LEGAL WIN**
**Recorded By: KGP   Pgs: 2**
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

APN# 163-25-418-073

11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of

Lis Pendens

**Type of Document**
(Example:  Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested by:**

Boggess + Harker

**Return To:**

Name Michael J. Harker, Esq.

Address 5550 Painted Mirage Rd #255

City/State/Zip Las Vegas, NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

Electronically Filed
08/30/2010 02:39:48 PM

1   PARCEL NO (163-25-418-073)
    **BOGGESS & HARKER**
2   **MICHAEL J. HARKER, ESQ.**
    Nevada Bar No. 005353
3   5550 Painted Mirage Road, Suite 255
    Las Vegas, Nevada 89149
4   (702) 233-5040
    Attorney for Plaintiff

5                          **DISTRICT COURT**

6                    **CLARK COUNTY, NEVADA**

7   FE CORCHADO, an individual          CASE NO:   A-10-623734
                                        DEPT NO:   XXV
8                  Plaintiff,
    vs.
9
    BAC HOME LOANS SERVICING, LP., a    **NOTICE OF LIS PENDENS**
10  subsidiary of BANK OF AMERICA N.A., a
    Corporation, FEDERAL NATIONAL
11  MORTGAGE ASSOCIATION and DOES I
    through X inclusive,
12
                   Defendants.
13
            NOTICE is hereby given that an action has been commenced and is now pending in this court
14
    on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the
15
    title to said interest of the parties to be granted to Plaintiff.
16
            The real property in the County of Clark affected thereby is particularly described as follows:
17
    JONES RUSSELL
18  PLAT BOOK 133 PAGE 2
    LOT 73 BLOCK 1
19
    PARCEL NO.  163-25-418-073
20
    Commonly known as 6059 W. Dewey Drive, Las Vegas, Nevada 89118.
21

22  DATED this 30ᵗʰ day of August, 2010.

23
                                        BOGGESS & HARKER
24
                                        BY:   /s/ Michael J. Harker
25                                      **MICHAEL J. HARKER, ESQ.,**
                                        Nevada State Bar Number 5353
26                                      5550 Painted Mirage Road, Suite 255
                                        Las Vegas, NV 89149
27                                      Attorney for Plaintiff

28                      **BOGGESS & HARKER**

CLERK OF THE COURT