ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP, and*
*Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FE CORCHADO, an individual, | Case No: 2:10-cv-001860-KJD-RJJ |
| Plaintiff, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| BAC HOME LOANS SERVICING, L.P., a subsidiary of BANK OF AMERICA N.A., FEDERAL NATIONAL MORTGAGE ASSOCIATION and DOES I through X inclusive, | |
| Defendants. | |

This Court issued an Order [Dkt. 16] granting Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP (**BANA**), and Federal National Mortgage Association's (**Fannie Mae** and, together with BANA, **Defendants**), Motion to Dismiss [Dkt. 8] (**Motion**) on September 29, 2011.

Defendants request that the lis pendens Plaintiff Fe Corchado (**Plaintiff**) recorded against the subject property be canceled.

The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on September 14, 2010, as Instrument Number 201009140002179, in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

{22420283;1}                                1

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 22, 2011

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP, and Federal*
*National Mortgage Association*

# EXHIBIT A

# EXHIBIT A

{20628576;1}

Inst #: 201009140002179
Fees: $15.00
N/C Fee: $0.00
09/14/2010 09:09:50 AM
Receipt #: 501004
Requestor:
MICHAEL J HARKER (LEGAL WIN
Recorded By: KGP Pgs: 2
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN# 163-25-418-073
11-digit parcel number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

Notice of Lis Pendens

**Type of Document**
(Example: Declaration of Homestead, Quit Claim Deed, etc.)

**Recording Requested by:**
Boggess + Harker

**Return To:**
Name Michael J. Harker, Esq.
Address 5550 Painted Mirage Rd #255
City/State/Zip Las Vegas, NV 89149

This page added to provide additional information required by NRS 111.312 Section 1-2
(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

CS 02/07

Electronically Filed
08/30/2010 02:39:48 PM

/s/ *clerk signature*

**CLERK OF THE COURT**

1  PARCEL NO (163-25-418-073)
   BOGGESS & HARKER
2  MICHAEL J. HARKER, ESQ.
   Nevada Bar No. 005353
3  5550 Painted Mirage Road, Suite 255
   Las Vegas, Nevada 89149
4  (702) 233-5040
   Attorney for Plaintiff

5                   DISTRICT COURT

6                CLARK COUNTY, NEVADA

7  FE CORCHADO, an individual      CASE NO:  A-10-623734
                                    DEPT NO:  XXV
8         Plaintiff,
   vs.

9  BAC HOME LOANS SERVICING, LP., a     **NOTICE OF LIS PENDENS**
10 subsidiary of BANK OF AMERICA N.A., a
   Corporation, FEDERAL NATIONAL
11 MORTGAGE ASSOCIATION and DOES I
   through X inclusive,

12         Defendants.

NOTICE is hereby given that an action has been commenced and is now pending in this court on the Complaint of the above-named Plaintiff against the above-named Defendants, seeking that the title to said interest of the parties to be granted to Plaintiff.

The real property in the County of Clark affected thereby is particularly described as follows:

JONES RUSSELL
PLAT BOOK 133 PAGE 2
LOT 73 BLOCK 1

PARCEL NO. 163-25-418-073

Commonly known as 6059 W. Dewey Drive, Las Vegas, Nevada 89118.

DATED this 30th day of August, 2010.

                              BOGGESS & HARKER

                              BY:   /s/ Michael J. Harker
                              MICHAEL J. HARKER, ESQ.,
                              Nevada State Bar Number 5353
                              5550 Painted Mirage Road, Suite 255
                              Las Vegas, NV 89149
                              Attorney for Plaintiff

BOGGESS & HARKER *08.10.mw.wpd*